E-FILED
Tuesday, 21 January, 2014  04:21:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MU-TSUN TSAI, )<br>)<br>Defendant. ) | Case No. 12-CR-20052 |

**FINAL ORDER OF FORFEITURE**

On November 4, 2013, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §2253 based upon the defendant Mu-Tsun Tsai's plea and stipulation to the conduct which forms the basis of the forfeiture allegations of the Indictment;

Commencing on November 6, 2013 and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A. The Government's Motion for Final Order of Forfeiture is granted and all right, title and interest in and to the following property is hereby forfeited to the United States:

    (1) One (1) Acer Aspire Laptop Computer, 4937 Series, Serial No. LXP410X0319191AF45160;

    (2) One (1) Hewlett Packard Pavilion Desktop Computer, PG674, Serial No. 4CE0350NNL;

    (3) One (1) Western Digital Hard Drive 2TB, Serial No. WMAVY0062719;

    (4) One (1) Hitachi 80GB Hard Drive with case, Serial No. X675WMNM;

    (5) Fifteen (15) Compact Discs;

    (6) Two Hundred Twenty (220) DVDs; and

    (7) One (1) Dell 21-1/2" Monitor, Serial No. CN-0V615R-74261-09A-04NL.

B. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

C. The following property shall be returned by the Government to the defendant's parents:

    (1) One (1) Canon Digital Camera, Serial No. 108032009861;

    (2) One (1) 2GB Apacer Card;

    (3) One (1) 1GB Apacer Card; and

(4) One (1) Nokia Cell Phone, Serial No. 6G1AD-RM1364.

ENTERED this 21st day of January, 2014

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE